IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH A. McLEAN

                Plaintiff,

    v.

Dr. STEVE SHELTON; DR. DIEHL;
DAVID GILLIES; J. HUMPHREYS; JEFF
PREMO; E. SHAW; C. SHOTTS;
LORETTA ERVING; SUPERINTENDENT
COURSEY; J. BARTON; MICHAEL
GOWER; P. MAINE; MARSHALL
BUCHHOLZ; Dr. HANSEN; TED
RANDALL; DEBRA GARDNER; JOHN
and JANE DOES #1-10, Oregon
Department of Corrections employees,

                Defendants.

3:11-cv-01535-AC

ORDER

Michelle R. Burrows
MICHELLE R. BURROWS, PC
22586 SW Park St.
Sherwood, OR 97140

    Attorney for Plaintiff

1 - ORDER

Michael R. Washington
OREGON DEPARTMENT OF JUSTICE
Trial Division
1162 Court Street NE
Salem, OR 97301

    Attorney for Defendants

HERNANDEZ, District Judge:

    Magistrate Judge John V. Acosta issued a Findings and Recommendation ("F&R") (dkt. #42) on June 7, 2013, recommending that Plaintiff's claims against Doe defendants be dismissed and that Defendants' motion to dismiss Plaintiff's claims be denied.

    Because no objections to the F&R were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

    The Court ADOPTS Judge Acosta's F&R (dkt. #42). Defendants' motion to dismiss (dkt. #19) is granted in part and denied in part consistent with Judge Acosta's F&R.

    IT IS SO ORDERED.

    DATED this 2 day of July, 2013.

                                        MARCO A. HERNANDEZ
                                        United States District Judge

2 - ORDER