ELLEN F. ROSENBLUM
Attorney General
MICHAEL R. WASHINGTON #873679
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Michael.R.Washington@doj.state.or.us

Attorneys for Defendants Barton, Buchholz, Coursey, Diehl, Erving, Gardner, Gillies, Gower, Hansen, Humphreys, Maine, Premo, Randall, Shaw, Shelton, and Shotts

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSEPH A. McLEAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. STEVE SHELTON; DR. DIEHL; DAVID GILLIES; J. HUMPHREYS; JEFF PREMO; E. SHAW; C. SHOTTS; LORETTA ERVING; SUPERINTENDENT COURSEY; MICHAEL GOWER; P. MAINE; MARSHALL BUCHHOLZ; DR. HANSEN; TED RANDALL; DEBRA GARDNER; JOHN and JANE DOES 1-10, Oregon Department of Corrections employees; J. BARTON,<br><br>　　　　Defendants. | Case No. 3:11-cv-01535-AC<br><br>ORDER ON DEFENDANTS' MOTION TO DISMISS DR. JOSEPH DIEHL AS A PARTY |

　　　　This matter came before the Court on *Defendants' Motion to Dismiss Dr. Joseph Diehl as a Party* to this action filed on July 8, 2014. On April 1, 2014, Defendants filed a *Notice of Suggestion of Death* with the Court noting Dr. Diehl's death. (*See* Doc. #54.) Plaintiff did not file a Motion for Substitution within 90 days of the filing of that notice pursuant to Fed. R. Civ.

Page 1 -　ORDER ON DEFENDANTS' MOTION TO DISMISS DR. JOSEPH DIEHL AS A PARTY
　　　　MRW/5547619-v2

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

P. 25(a)(1). The Court being first fully advised and having considered the written arguments of the Defendants and the records and files herein entered the following order:

**IT IS HEREBY ORDERED THAT** *Defendants' Motion to Dismiss Dr. Joseph Diehl as a Party* is hereby:

____ DENIED

__✓__ GRANTED, resulting in the automatic dismissal of Plaintiff's complaint as to Dr. Joseph Diehl.

DATED this __1st__ day of ~~July,~~ August 2014.

_____
Honorable Magistrate Judge V. Acosta

Submitted by: Michael R. Washington
              Senior Assistant Attorney General

Page 2 -   ORDER ON DEFENDANTS' MOTION TO DISMISS DR. JOSEPH DIEHL AS A PARTY
           MRW/5547619-v2